1  CHARLES C. RAINEY, ESQ.
   Nevada Bar No. 10723
2  *crainey@hamricklaw.com*
   HAMRICK & EVANS LLP
3  7670 W. Lake Mead Blvd., Ste. 140
   Las Vegas, Nevada 89128
4  +1.702.425.5100 (ph)
   +1.818.763.2308 (fax)
5  *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| I.T. PRODUCTIONS, INC., a Nevada corporation, | Case No.: 2:16-cv-02705-RFB-CWH |
| Plaintiff, | |
| vs. | |
| GENEVA LOVE, TOM GYARFAS, ANNMARIE INIGUEZ, MYLENE CHRISTY, KWOK HEI CHING, CHARLES FRIEDMAN, TOMMY ALBERT, KOREY EVANS, ALEKSANDAR RADIC, KERRY TRINIDAD, CONTINGENT NETWORK APT OFC. | |
| Defendants | |

### JOINT STIPULATION TO DISMISS DEFENDANT BELMONT APARTMENTS

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff I.T. PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant BELMONT APARTMENTS APT CLUB, by and through its counsel, Eric R. Newmark, Esq. of KARSAZ &

ASSOCIATES, hereby stipulate and agree to dismiss Defendant **BELMONT APARTMENTS APT CLUB** from the above-captioned case.

*Respectfully submitted June 15, 2017*

| HAMRICK & EVANS LLP | KARSAZ & ASSOCIATES |
|---|---|
| /s/ Charles Rainey | /s/ Eric R. Newmark |
| CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723<br>crainey@hamricklaw.com<br>7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph)<br>*Attorney for Plaintiff* | Eric R. Newmark, Esq.<br>Nevada Bar No. 12054<br>7935 W. Badura Ave., Ste. 1035<br>Las Vegas, Nevada 89113<br>+1.702.952.9321 (ph)<br>*Attorney for Defendant Belmont Apartments Apt Club* |

## ORDER

Based on the parties' foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that all claims against and by Defendant BELMONT APARTMENTS APT CLUB are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 20, 2017.

RICHARD F. BOULWARE, II
United States District Judge