CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| I.T. PRODUCTIONS, LLC, a Nevada corporation, ) | Case No.: 2:16-cv-02705-RFB-CWH |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TOM GYARFAS, KWOK HEI CHING; ) | |
| CHARLES FRIEDMAN; ALEKSANDAR ) | |
| RADIC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO DISMISS DEFENDANT CHARLES FRIEDMAN**

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff I.T. PRODUCTIONS, LLC ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant CHARLES FRIEDMAN in proper person, hereby stipulate and agree to dismiss Defendant **CHARLES FRIEDMAN** from the above-captioned case with prejudice and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant CHARLES FRIEDMAN against Plaintiff I.T.

///

**HAMRICK & EVANS LLP**

PRODUCTIONS, LLC, each party to bear its own attorneys' fees and costs.

*Respectfully submitted August 22, 2017*

| HAMRICK & EVANS LLP | CHARLES FRIEDMAN |
|---|---|
| /s/ Charles C. Rainey<br>CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723<br>crainey@hamricklaw.com<br>7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph)<br>*Attorney for Plaintiff* | /s/ Charles Friedman<br>CHARLES FRIEDMAN<br>*Defendant in proper person* |

## ORDER

Based on the parties' stipulation [ECF No. 45] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by CHARLES FRIEDMAN are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada

RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of August, 2017.