CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*
I.T. PRODUCTIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| I.T. PRODUCTIONS, LLC, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TOM GYARFAS, KWOK HEI CHING, <br><br> Defendants. | Case No.: 2:16-cv-02705-RFB-CWH |

### JOINT STIPULATION TO DISMISS DEFENDANT KWOK HEI CHING

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant Rule to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff I.T. PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant KWOK HEI CHING, by and through his counsel, Guiness Ohazuruike, Esq. of the GUINESS LAW FIRM, hereby stipulate and agree to dismiss Defendant **KWOK HEI CHING** from the above-captioned case and further stipulate and agree to the

dismissal of all counter-claims or other causes of actions, if any, raised by Defendant KWOK HEI CHING against Plaintiff I.T. PRODUCTIONS, INC.

*Respectfully submitted September 14, 2017*

| HAMRICK & EVANS LLP | GUINNESS LAW FIRM |
|---|---|
| /s/ Charles C. Rainey | /s/ Guiness Ohazuruike |
| CHARLES C. RAINEY, ESQ. | GUINESS OHAZURUIKE, ESQ |
| Nevada Bar No. 10723 | Nevada Bar No. |
| crainey@hamricklaw.com | guinesslaw@yahoo.com |
| 7670 W. Lake Mead Blvd., Ste. 140 | 6845 W. Charleston Blvd., Ste. A |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89117 |
| +1.702.425.5100 (ph) | +1 (702) 473-9300 |
| *Attorney for Plaintiff* | *Attorney for Defendant Kwok Hei Ching* |

## ORDER

Based on the parties' stipulation [ECF No. 48] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by KWOK HEI CHING are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 27th day of September, 2017.

dismissal of all counter-claims or other causes of actions, if any, raised by Defendant KWOK HEI CHING against Plaintiff I.T. PRODUCTIONS, INC.

*Respectfully submitted September 14, 2017*

| HAMRICK & EVANS LLP | GUINNESS LAW FIRM |
|---|---|
| CHARLES C. RAINEY, ESQ. | GUINESS OHAZURUIKE, ESQ |
| Nevada Bar No. 10723 | Nevada Bar No. |
| crainey@hamricklaw.com | guinesslaw@yahoo.com |
| 7670 W. Lake Mead Blvd., Ste. 140 | 6845 W. Charleston Blvd., Ste. A |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89117 |
| +1.702.425.5100 (ph) | +1 (702) 473-9300 |
| *Attorney for Plaintiff* | *Attorney for Defendant Kwok Hei Ching* |

## ORDER

Based on the parties' stipulation [ECF No. ___] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by KWOK HEI CHING are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada _____.

_____
UNITED STATES DISTRICT JUDGE

2